# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALAN COOPER,<br>　　　　　　　Defendant. | CASE NO: **1:22-MJ-29**<br><br>**DETENTION ORDER** |

　　　　The defendant is charged with a felony involving possession or use of a firearm, destructive device, or other dangerous weapon. On the government's motion, the court held a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f). The court concludes the defendant must be detained pending trial.

　　　　Based on the information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings, and by clear and convincing evidence that the defendant's release would pose a risk of harm to the public.

　　　　In addition to the reasons more particularly stated on the record in open court at the detention hearing, the court finds that the defendant has a criminal history that includes three other weapons offenses, drug offenses, and offenses of violence; he has violated the conditions of bond, including electronic monitoring, in previous state court cases; he has a separate state court weapons offense that is pending sentencing, which is similar to the instant alleged offense; he committed the instant alleged offense while on state bond with electronic monitoring; he has a past history of substance abuse; he is subject to a lengthy period of incarceration if convicted; and the conditions which restrict the defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor the defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

## Directions Regarding Detention

　　　　The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

　　　　Dated January 20, 2022　　　　　　　　　　BY THE COURT: *s/Karen L. Litkovitz*